# *United States District Court for the Northern District of Illinois*

Case Number: 07CV2382 Assigned/Issued By: KC

Judge Name: DARRAH Designated Magistrate Judge: COLE

## FEE INFORMATION

***Amount Due:***

- [x] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other ____________
- [ ] $455.00

Number of Service Copies __________ Date: ____________________

(For Use by Fiscal Department Only)

Amount Paid: $350.00 Receipt #: 1099837

Date Payment Rec'd: 04/30/07 Fiscal Clerk: KC

## ISSUANCES

- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ ____________________ (Type of Writ)

________________________

________________________

(Victim, Against and $ Amount)

1 Original and 1 copies on 04/30/07 (Date) as to DEFENDANT

C:\wpwin80\docket\feeinfo.frm 03/14/05