IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM REBER, L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 07-CV-2382 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| HELIO L.L.C. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| Defendants. | ) | |

**STIPULATED ORDER OF DISMISSAL OF CLAIMS**
**<u>BETWEEN PLAINTIFF AND DEFENDANT HELIO L.L.C.</u>**

Plaintiff, William Reber, LLC ("Reber"), and defendant, Helio L.L.C. ("Helio"), have reached agreement on a settlement of all claims and counterclaims brought in this action between Reber and Helio and on the basis of the settlement reached, Reber and Helio hereby voluntarily dismiss all claims and counterclaims brought against each other, without prejudice. IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

1. Reber and Helio hereby dismiss all claims and counterclaims brought against each other in this Civil Action without prejudice.

2. Each settling party, Reber and Helio, shall bear their own costs and attorneys' fees.

Dockets.Justia.com

**SO ORDERED:**

Dated:______________________________ ______________________________

United States District Judge

**AGREED:**

/s/ Josh A. Krevitt
Josh A. Krevitt, Esq.
John L. LaBarre. Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
E-mail: jkrevitt@gibsondunn.com
E-mail: jlabarre@gibsondunn.com

Mark E. Weber, Esq.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California, 90071
Telephone: (213) 229-7700
Facsimile: (212) 229-7520
E-mail: mweber@gibsondunn.com

Attorneys for Defendant, Helio L.L.C

/s/ Vasilios D. Dossas
Vasilios D. Dossas
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-0733
E-mail: dossas@nshn.com

Attorneys for Plaintiff, WILLIAM REBER, L.L.C.